**ORIGINAL**

**FILED**

10/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-353

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ROBERT EARL STAUDENMAYER,

    Defendant and Appellant.

FILED

OCT 1 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

## ORDER

---

Upon consideration of Appellant's motion for extension of time, good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 15, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Dated this 17th day of October, 2022.

JUSTICE OF SUPREME COURT